UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NAOMI BOLES and SUSAN JAHNS,   CASE NO.: 6:19-cv-1196-Orl-37DCI

        Plaintiffs,

vs.

BOBCAT NORTH AMERICA, LLC,
d/b/a ORION WASTE SOLUTIONS,
BOBCAT DISPOSAL OF SARASOTA, LLC.,
RUSSO AND SONS, LLC, M&MR OPERATIONS,
INC. formerly RUSSO AND SONS, INC.,
MIKE RUSSO, and MARILYN RUSSO,

        Defendants.
_____/

**JOINT NOTICE OF SETTLEMENT**

Plaintiffs, NAOMI BOLES and SUSAN JAHNS, and Defendants, BOBCAT NORTH AMERICA, LLC d/b/a ORION WASTE SOLUTIONS, BOBCAT DISPOSAL OF SARASOTA, LLC., RUSSO AND SONS, LLC, M&MR OPERATIONS, INC. formerly RUSSO AND SONS, INC., MIKE RUSSO, and MARILYN RUSSO, by and through their undersigned attorneys, hereby serve this notice that the Parties have amicably settled this matter. The Parties anticipate that they will be ready to file the settlement agreement and motion for approval[1] on or before March 20, 2020, and respectfully request permission to do same.

Dated: February 28, 2020                          Respectfully Submitted,

***Intentionally Blank***
*Signature Pages Follow*

---

[1] An employee may release Fair Labor Standards Act claims after approval of the Court. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).

| | | |
|---|---|---|
| */s/ Dena H. Sokolow, Esq.*<br>Dena H. Sokolow, Esq.<br>Fla Bar No.: 30856<br>Baker, Donelson, Bearman, Caldwell & Berkowitz, PC<br>101 N. Monroe Street, Ste 925<br>Tallahassee, FL 32301<br>Direct: 850.425.7550<br>Fax:  850.270.6723<br>dsokolow@bakerdonelson.com<br>For Defendants, Bobcat North America, LLC, d/b/a Orion Waste Solutions, Bobcat Disposal of Sarasota, LLC., and Russo and Sons, LLC | */s/ Shaina Stahl, Esq.*<br>Shaina Stahl, Esq.<br>Fla Bar No.: 77643<br>Nelson Mullins<br>390 N. Orange Ave., Ste 400<br>Orlando, FL 32801<br>Phone: 407.839.4237<br>Fax: 407.425.8377<br>shaina.stahl@nelsonmullins.com<br>For Defendants, M&MR Operations, Inc., formerly Russo and Sons, Inc., Mike Russo, and Marilyn Russo | */s/ N. Ryan LaBar, Esq.*<br>N. Ryan LaBar, Esq.<br>Florida Bar No.: 10535<br>LaBar & Adams, P.A.<br>2300 East Concord Street<br>Orlando, Florida 32803<br>Phone: 407.835.8968<br>Fax: 407.835.8969<br>rlabar@labaradams.com<br>For Plaintiffs, Naomi Boles and Susan Jahns |