UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NAOMI BOLES; and SUSAN JAHNS

    Plaintiffs,

v.                                                                                        Case No. 6:19-cv-1196-Orl-37DCI

BOBCAT NORTH AMERICA, LLC;
BOBCAT DISPOSAL OF SARASOTA,
LLC; RUSSO AND SONS, LLC; M&MR
OPERATIONS, INC.; MICHAEL
RUSSO; and MARILYN RUSSO,

    Defendants.
_____

## ORDER

Plaintiffs sued their former employers for failure to pay overtime under the Fair Labor Standards Act ("**FLSA**"). (*See* Doc. 1.) The parties moved for approval of their FLSA settlement agreement under *Lynn's Food Stores, Inc. v. United States ex rel. United States Department of Labor*, 679 F.2d 1350, 1355 (11th Cir. 1982). (Doc. 38 ("**Motion**"); Doc. 38-1 ("**Agreement**").) On referral, United States Magistrate Judge Daniel C. Irick recommends the Court grant the Motion, finding the Agreement fair and reasonable. (Doc. 39 ("**R&R**").)

The parties represent they do not object to the R&R. (Doc. 40.) As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be

adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 39) is **ADOPTED, CONFIRMED,** and made a part of this Order.

2. The parties' Joint Motion to Approve FLSA Settlement (Doc. 38) is **GRANTED.**

3. The parties' Settlement Agreement and Release Agreement (Doc. 38-1) is **APPROVED.**

4. This case is **DISMISSED WITH PREJUDICE.**

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 27, 2020.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record